FILED

2018 MAR 14 PM 3: 40

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | JUDGE ADAMS |
| | ) | |
| v. | ) | CASE NO. 1:18 CR 123 |
| | ) | |
| | ) | Title 21, Sections 841(a)(1), |
| BIN WANG, aka Benjamin Wang, | ) | (b)(1)(C), 846, 952(a), 960(a)(1), |
| aka David King, | ) | (b)(3), and 963, United States |
| | ) | Code; Title 18, Section 2, United |
| Defendant. | | States Code |

## COUNT 1
(Conspiracy to Distribute Controlled Substances and Controlled Substance Analogues,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C), in violation of 21 U.S.C. § 846)

The Grand Jury charges:

From on or about December 9, 2015, and continuing to on or about July 21, 2017, the

exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and

elsewhere, Defendant BIN WANG, aka Benjamin Wang, aka David King, with others known

and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate,

and agree with each other to distribute and possess with the intent to distribute mixtures or

substances containing a detectable amount of the following controlled substance analogues, as

defined in 21 U.S.C. § 802(32), knowing that the substances were intended for human

consumption, as provided in 21 U.S.C. § 813, and controlled substances:

A. U-47700 ("pink heroin"), a Schedule I controlled substance analogue until

November 14, 2016, and a Schedule I controlled substance thereafter;

B. 4-CL-PVP ("flakka"), a Schedule I controlled substance analogue;

C. Dibutylone HCL, a Schedule I controlled substance;

D. FUB-AMB, a Schedule I controlled substance analogue;

E. ADB-FUBINACA, a Schedule I controlled substance analogue until December

21, 2016, and a Schedule I controlled substance thereafter;

F. 4-Methyl-Alpha-PHP (MPHP), a Schedule I controlled substance analogue;

G. N-Ethyl Pentylone, a Schedule I controlled substance analogue.

All in violation of Title 21, United States Code, Sections 802(32), 813, 841(a)(1) and

(b)(1)(C), and 846.

<u>COUNT 2</u>
(Conspiracy to Import Controlled Substances and Controlled Substance Analogues into
the United States, 21 U.S.C. §§ 841(b)(1)(C), 952(a), 960(a)(1), and (b)(3),
in violation of 21 U.S.C. § 963)

The Grand Jury further charges:

From on or about December 9, 2015, and continuing to on or about July 21, 2017, the

exact dates unknown to the Grand Jury, in the Northern District of Ohio, Eastern Division, and

elsewhere, Defendant BIN WANG, aka Benjamin Wang, aka David King, with others known

and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate,

and agree with each other to import into the United States from any place outside thereof

mixtures or substances containing a detectable amount of the following controlled substance

analogues, as defined in 21 U.S.C. § 802(32), knowing that the substances were intended for

human consumption, as provided in 21 U.S.C. § 813, and controlled substances:

A. U-47700 ("pink heroin"), a Schedule I controlled substance analogue until November 14, 2016, and a Schedule I controlled substance thereafter;

B. 4-CL-PVP ("flakka"), a Schedule I controlled substance analogue;

C. Dibutylone HCL, a Schedule I controlled substance;

D. FUB-AMB, a Schedule I controlled substance analogue;

E. ADB-FUBINACA, a Schedule I controlled substance analogue until December 21, 2016, and a Schedule I controlled substance thereafter;

F. 4-Methyl-Alpha-PHP (MPHP), a Schedule I controlled substance analogue;

G. N-Ethyl Pentylone, a Schedule I controlled substance analogue.

All in violation of Title 21, United States Code, Sections 802(32), 813, 841(b)(1)(C), 952(a), 960(a)(1) and (b)(3), and 963.

## COUNT 3
(Distribution of U-47700, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

On or about December 20, 2016, in the Northern District of Ohio, and elsewhere, Defendant BIN WANG, aka Benjamin Wang, aka David King did knowingly and intentionally distribute a mixture or substance containing a detectable amount of U-47700, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 4

(Distribution of 4-CL-PVP, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C),
and 18 U.S.C. § 2)

The Grand Jury further charges:

On or about February 15, 2017, in the Northern District of Ohio, and elsewhere,
Defendant BIN WANG, aka Benjamin Wang, aka David King did knowingly and intentionally
distribute a mixture or substance containing a detectable amount of 4-CL-PVP, a Schedule I
controlled substance analogue, as defined in 21 U.S.C. § 802(32), knowing that the substance
was intended for human consumption, as provided in 21 U.S.C. § 813, in violation of Title 21,
United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section
2.

COUNT 5

(Distribution of Dibutylone HCL, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C),
and 18 U.S.C. § 2)

The Grand Jury further charges:

On or about March 31, 2017, in the Northern District of Ohio, and elsewhere, Defendant
BIN WANG, aka Benjamin Wang, aka David King did knowingly and intentionally distribute a
mixture or substance containing a detectable amount of Dibutylone HCL, a Schedule I controlled
substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and
Title 18, United States Code, Section 2.

COUNT 6

(Distribution of ADB-FUBINACA, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C),
and 18 U.S.C. § 2)

The Grand Jury further charges:

On or about June 5, 2017, in the Northern District of Ohio, and elsewhere, Defendant
BIN WANG, aka Benjamin Wang, aka David King did knowingly and intentionally distribute a

4

mixture or substance containing a detectable amount of ADB-FUBINACA, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 7
(Attempted Distribution of ADB-FUBINACA, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846, and 18 U.S.C. § 2)

The Grand Jury further charges:

From on or July 6, 2017, and continuing to on or about July 21, 2017, in the Northern District of Ohio, and elsewhere, Defendant BIN WANG, aka Benjamin Wang, aka David King did knowingly and intentionally attempt to distribute a mixture or substance containing a detectable amount of ADB-FUBINACA, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), 846, and Title 18, United States Code, Section 2.

## COUNTS 8-10
(Using a Communications Facility for Distribution of Controlled Substances and Controlled Substance Analogues, in violation of 21 U.S.C. § 843(b))

The Grand Jury further charges:

On or about the dates and times listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant BIN WANG, aka Benjamin Wang, aka David King did knowingly and intentionally use the communication facilities listed below to facilitate acts constituting a felony under Title 21, United States Code, Sections 841(a), 846, 952(a), and 963:

| Count | Date | Time (EST) | Communication Facility |
|-------|------|------------|------------------------|
| 8 | July 17, 2017 | 10:44 a.m. | Phone |
| 9 | July 17, 2017 | 11:10 a.m. | Email |
| 10 | July 20, 2017 | 12:19 p.m. | Phone |

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE

The Grand Jury further charges:

The allegations contained in Counts 1 through 7 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. §§ 853 and 970. As a result of these offenses, Defendant BIN WANG, aka Benjamin Wang, aka David King, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of such violations; and any and all of the defendant's property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; including, but not limited to, the following:

a.)  $1,799.29 seized pursuant to the execution of a federal seizure warrant from Bank of America Account #xxxx xxxx 5925 in the name of ChemCloud Inc.; Account owner: BIN WANG.

b.)  $26,361.17 seized pursuant to the execution of a federal seizure warrant from Bank of America Account #xxxx xxxx 4360 in the name of Cambridge Chemicals, LLC; Account owner: BIN WANG.

c.)  $23,165.96 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx9987 in the name of BIN WANG, DBA Cambridge Chemicals.

d.)  $17,591.81 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx5999 in the name of Daniel Lab, LLC; Account owner: BIN WANG.

e.)  $192.08 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx6799 in the name of Wonda Science; Account owner: BIN WANG.

f.) $10,584.20 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx2148 in the name of BIN WANG.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.