IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-CR-123 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| BIN WANG, | ) | |
| aka BENJAMIN WANG, | ) | |
| aka DAVID KING, | ) | |
| | ) | |
| Defendant. | ) | **PRELIMINARY ORDER OF FORFEITURE** |

It appears to the Court that proper proceedings for the issuance of this Preliminary Order of Forfeiture have been had in this case as follows:

1. On March 14, 2018, a 10-count Indictment (R. 11) was returned in the above-captioned case, which charged defendant Bin Wang as follows:

   Count 1: Drug Conspiracy, in violation of 21 U.S.C. Section 846.

   Count 2: Conspiracy to Import a Controlled Substance, in violation of 21 U.S.C. Section 963.

   Counts 3-6: Drug Distribution, in violation of 21 U.S.C. Section 841.

   Count 7: Attempted Drug Distribution, in violation of 21 U.S.C. Sections 841 and 846.

   Counts 8-10: Drug Abuse Prevention and Control Use of a Communication Facility, in violation of 21 U.S.C. Section 843(b).

2. The forfeiture provision set forth in the Indictment (R. 11) specified, in part, as follows:

The allegations contained in Counts 1 through 7 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. §§ 853 and 970. As a result of these offenses, Defendant BIN WANG, aka Benjamin Wang, aka David King, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violations; and, any and all of the defendant's property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations ... .

3. A change of plea hearing as to defendant Wang was held on August 6, 2018. A written plea agreement was executed, and defendant Wang entered a guilty plea as to Counts 1, 2, 3-6, 7, and 8-10 of the Indictment. *See*, Minutes of proceedings [non-document], entered on August 7, 2018.

4. With respect to forfeiture, the written plea agreement (R. 30) of defendant Wang provided as follows:

a.) Defendant Wang agreed to the forfeiture of the following properties to the United States:

- $1,799.29 seized pursuant to the execution of a federal seizure warrant from Bank of America Account #xxxx xxxx 5925 in the name of ChemCloud Inc. - Account owner: BIN WANG.

- $26,361.17 seized pursuant to the execution of a federal seizure warrant from Bank of America Account #xxxx xxxx 4360 in the name of Cambridge Chemicals, LLC - Account owner: BIN WANG.

- $23,165.96 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx9987 in the name of BIN WANG, DBA Cambridge Chemicals.

- $17,591.81 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx5999 in the name of Daniel Lab, LLC - Account owner: BIN WANG.

- $192.08 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx6799 in the name of Wonda Science - Account owner: BIN WANG.

b.) Defendant Wang further agreed that these properties are subject to forfeiture to

the United States: (i) under 21 U.S.C. § 853(a)(1) as they constitute, or were derived from, proceeds he obtained, directly or indirectly, from the offense (drug conspiracy) charged in Count 1 of the Indictment; and, (ii) under 21 U.S.C. § 853(a)(1) and 21 U.S.C. § 970 as they constitute, or were derived from, proceeds he obtained, directly or indirectly, from the offense (conspiracy to import a controlled substance) charged in Count 2 of the Indictment.

  c.)  Defendant Wang stated that he is the owner of the properties, and that he will take whatever steps are necessary to effectuate the forfeiture of the properties to the United States; including, but not limited to, the execution of whatever agreements, stipulations, and/or other documents that are necessary to effectuate the forfeiture. Particularly, in this regard, defendant Wang stated that he is an authorized representative of: (i) ChemCloud Inc., (ii) Cambridge Chemicals/Cambridge Chemicals, LLC, (iii) Daniel Lab, LLC, and (iv) Wonda Science. In this capacity as an authorized representative of the entities, defendant Wang stated the following:

- On behalf of ChemCloud Inc., defendant Wang stated: Under 21 U.S.C. Section 853(a)(1) / 21 U.S.C. § 853(a)(1) & 21 U.S.C. § 970, ChemCloud Inc. consents to the forfeiture of the following property and will not contest the forfeiture action against it:

  $1,799.29 seized pursuant to the execution of a federal seizure warrant from Bank of America Account #xxxx xxxx 5925 in the name of ChemCloud Inc. - Account owner: BIN WANG.

- On behalf of Cambridge Chemicals/Cambridge Chemicals, LLC, defendant Wang stated: Under 21 U.S.C. § 853(a)(1) / 21 U.S.C. § 853(a)(1) & 21 U.S.C. § 970, Cambridge Chemicals/Cambridge Chemicals, LLC, consents to the forfeiture of the following properties and will not contest the forfeiture action against them:

  $26,361.17 seized pursuant to the execution of a federal seizure warrant from Bank of America Account #xxxx xxxx 4360 in the name of Cambridge Chemicals, LLC - Account owner: BIN WANG.

  $23,165.96 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx9987 in the name of BIN WANG, DBA Cambridge Chemicals.

- On behalf of Daniel Lab, LLC, defendant Wang stated: Under 21 U.S.C. Section 853(a)(1) / 21 U.S.C. § 853(a)(1) & 21 U.S.C. § 970, Daniel Lab, LLC, consents to the forfeiture of the following property and will not contest the forfeiture action against it:

  $17,591.81 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx5999 in the name of Daniel Lab, LLC - Account owner: BIN WANG.

- On behalf of Wonda Science, defendant Wang stated: Under 21 U.S.C. Section 853(a)(1) / 21 U.S.C. § 853(a)(1) & 21 U.S.C. § 970, Wonda Science consents to the forfeiture of the following property and will not contest the forfeiture action against it:

  $192.08 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx6799 in the name of Wonda Science - Account owner: BIN WANG.

d.) Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, defendant Wang consented that the forfeiture of the above-described properties will become final as to him upon the Court's entry of the preliminary order of forfeiture.

e.) Finally, upon the final forfeiture of the above-described properties to the United States, the USAO agreed to return the following property to defendant Wang through his attorney, Mark R. DeVan:

- $10,584.20 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx2148 in the name of BIN WANG.

5. Based upon the foregoing, and pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture is entered as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED –**

6. The United States shall seize and take control of the following properties, and they hereby are forfeited to the United States under 21 U.S.C. § 853(a)(1) and 21 U.S.C. Section 853(a)(1) / 21 U.S.C. § 970 for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

- $1,799.29 seized pursuant to the execution of a federal seizure warrant from Bank of America Account #xxxx xxxx 5925 in the name of ChemCloud Inc. - Account owner: BIN WANG.

- $26,361.17 seized pursuant to the execution of a federal seizure warrant from Bank of America Account #xxxx xxxx 4360 in the name of Cambridge Chemicals, LLC - Account owner: BIN WANG.

- $23,165.96 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx9987 in the name of BIN WANG, DBA Cambridge Chemicals.

- $17,591.81 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx5999 in the name of Daniel Lab, LLC - Account owner: BIN WANG.

- $192.08 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx6799 in the name of Wonda Science - Account owner: BIN WANG.

7. Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish notice of this Order on an official government internet site for at least 30 consecutive days. Upon completion of publication, this Court will enter a final order in accordance with 21 U.S.C. § 853(n).

8. Upon the final forfeiture of the above-described properties to the United States, the USAO has agreed to return the following property to defendant Wang through his attorney, Mark R. DeVan:

- $10,584.20 seized pursuant to the execution of a federal seizure warrant from TD Bank Account #xxx-xxx2148 in the name of BIN WANG.

**SO ORDERED** this 17th day of August, 2018.

s/John R. Adams
_____
John R. Adams
United States District Judge, N.D. Ohio