**FILED**
3:52 pm May 29 2020
Clerk U.S. District Court
Northern District of Ohio
Akron

RECEIVED
MAY 29 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Bin Wang 0U445138
MVCF
555 Geo Drive
Philipsburg, PA 16866

To: Judge Adams

1:18cr123

Your Honor,

I write this letter for your urgent consideration of my early release to allow me an opportunity to save tens of thousand lives every month in this out controlled COVID-19 pandemic.

Before incarceration, one of my companies, SinGe, was one of the most advanced biotech company focusing on the best, fastest, precise diagnosis of infectious diseases and cancer, and also developed novel pioneer technology to quickly find precision treatment solutions for individuals with rare and unknown diseases. My beloved grandfather who raised me up died of infection in 2002. Since then, I devote my life into innovating better broad-spectrum precision diagnosis and cure of tough infectious diseases, working sixteen hours a day without weekend for years. Many cancer origins are also linked to infections. The company was evaluated at $500 Million in early 2017 and signed HK$300 million (~ US$40 million) loan against 10% company shares for continuing R&D, which you can see in my discovery. Using the technology, I successfully provided free treatment to a few patients with severe infections and late-stage cancer.

I was also the president of Nanjing University Alumni in New England, an elite alumni contributing as many professors in US as top ten US universities. I was the President of Alumni Global Biotech Innovation & Investment Association, connected with thousand of best medical scientists worldwide, and built the world first industry 4.0+ innovation platform for technology cooperation.

The companies have been closed due to my incarceration, but the knowledge remain with me.

On Feburary 10th, the week that China claimed state emergency, I wrote a letter to China Embassy and offered my treatment solutions for COVID-19. The medicines should have contributed well in Wuhan, China, the first epidemic center, based on information from Canadian Chinese newspaper. The death rate in China dropped from 5% to nearly 0.1%. It's highly possible that the formulations

have been modified by local experts for the best in-situ clinical performance.

In late Feburary and March, I forwarded the suggestions to Canada Embassy, Health Canada, CDC and Italy Embassy. Unfortunately, CDC never replied my letter. In April in CNN, a CDC official doctor rejected to use any chinese medicines for COVID-19 because they were not clinically tested in US. I called China Embassy with case manager's help. The embassy refused discussion because of my Canadian citizenship. The Canada & China governments stopped normal diplomatic communication due to the arrest of Huawei CFO in Vancouver in early last year. My effort to save lives halt here. No one will talk to a man locked behind bars. Today, the US death rate is over 11%.

One of the two medicine formulations I provided is to treat pneumonia, the severe lung inflammation that causes the most death of COVID-19 patients and daily death of American elders. There is no efficient medicine for pneumonia in US yet. This formulation will not only save the lives of COVID-19 patients but also tens of thousand American elders every year. The second formulation is based on my novel approach of broad-spectrum anti-virus research, while all the other companies and scientists struggle on single viral mechanism without much success. But formulations were prepared in traditional chinese medicine formulas to fit to China FDA regulations for immediate clinical applications.

I see everyday that the pandemic management team is surrounded by capitalists and lobbists. Even CDC's decisions and information are heavily blinded with political language, not scientific. Big pharmaceutical companies occupy all the resources. In the past two decades, the top American pharmaceutical companies barely invented any new medicines by themselves internally. Their business relys on buying technology from small innovative biotech companies and continuing clinical study to commercialization. That's also the reason I started Biotech Innovation Platform. Only the most innovative scientists can help fight novel diseases, not the 99% ordinary scientists and doctors.

The virus already widely spread into animals and the wild in US. It's mutating everyday and already have over 30 identified mutations including the most deadly B type in EU & east coast of US. There is no way to stop the virus in US anymore. The chaotic management missed the oppotunity of early strict national wide quarantine. Only the right medicines can save patients' lives, not fractionally preventive vaccines that only cover a portion of existing mutations, not next year.

I have served 34 months of 71-month sentence and still have 28 months to the release date. I have severe asthma and respiratory deficiences for a long time, cough everyday due to the poor air quality in over populated facility. A virus outbreak at anytime in the prison will be deadly to me due to the asthma and respiratory issues. I also have high blood pressure and complex severe alergies developed in many years of intensive hardwork for innovations. Unknown painful lumps are growing all over my body since incarceration and there is no medicine.

I understand that the government wants some govtech information and technology that I contracted with China state government. I already gave them what I could at this situation. Only being outside, I can try to recover some data and technology to assist US gov to build a modern system integrated with A.I, big data and pioneer instrument technology, to against crimes and prevent more victims.

I sincerely hope Your Honor could discuss with the government attorney to give me an early release, either back to Canada to work with authorities or stay in US to work with local hospitals, biotech firms and regulators, to provide the right medicines and treatment AS SOON AS POSSIBLE to the desperate patients, following FDA regulations.

I don't know if there is special application procedure in this pandemic period and I don't have money to hire attorney. Please asign me a public attorney if in need. I know there are a thousand reasons to reject my honest application and there is only one reason to believe in me based on my previous achievement in sciences and industry and my philanthropic contribution to the society to save lives. "Improve Human Health, Save More Lives" was the memo on the homepage of my medical company website. I will do the best to save the lives of today's patients and hopefully to prevent huge life loss in the coming fall outbreak and from new mutated virus.

Utmost

Bin Wang
May 22nd, 2020

Bin Wang
00445138
MVCF
555 Geo Drive
Philipsburg, PA 16866





Judge J. Adams

John F. Seibering Federal Building & US Courthouse

2 South Main Street

Akron, OH 44308

MVCF APPROVED

Legal N