**FILED**

8:48 am Jun 29 2020
Clerk U.S. District Court
Northern District of Ohio
Akron

**RECEIVED**

JUN 24 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Bin Wang  00445-138
MVCF
555 Geo Drive
philipsburg, PA 16866

1:18CR123

To: Judge Adams
Re: Request a public defender and early release

Your Honor,

In the previous letter, I request you to sign me a public defender & help negotiate with the prosecutor to grant me early release. So that I can devote my technology & experience to saving COVID-19 patients' lives.

I forget to mention the residence & support in Canada. Once back to Canada, I will stay with Mr. James Westman, a retired top parliament official of Canada. Through him, I will work with Canadian authorities to advance the medicine process under the regulation of Health Canada & FDA, make the right treatment available ASAP to North America patients.

His contact is:

1-3300 Plateau Blvd, Coquitlam, BC, V3E 3L6 Canada
phone: 604-552-4848 (o)  604-868-7556 (p)

As Canadian without job temporarily, the government always provide free medical care and around $1800/month allowance besides other benefits. But I don't believe that I need the allowance because I will work with Mr. Westman once I arrive at Canada and friends will also donate to assist me like what they did before.

Deeply grateful for your consideration & time!

Utmost

Bin Wang
June 16th, 2020

Bin Wang
00445-138
MVCF
555 Geo Drive
philipsburg, PA 16866

JOHNSTOWN PA 159

18 JUN 2020 PM 2 L



Judge Adams
John F. Seiberling Federal Building & US Courthouse
2 South Main street
Akron, Ohio 44308

MVCF APPROVED

44308+1813